

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | NO. 5:14mJ-146-K |
| JACK H. SANDERS | 18 U.S.C. §13<br>(K.R.S. 508.080)<br>(K.R.S. 511.060) |

The United States Attorney charges:

### COUNT 1

On or about the 13th day of June 2014, in the Western District of Kentucky at Fort Campbell, Kentucky, within the special maritime and territorial jurisdiction of the United States, JACK H. SANDERS, defendant herein, did threaten to cause death or serious physical injury to Michael R. Thoma.

In violation of Title 18, United States Code, Section 13 (K.R.S. 508.080).

## COUNT 2

On or about the 13th day of June 2014, in the Western District of Kentucky at Fort Campbell, Kentucky, within the special maritime and territorial jurisdiction of the United States, JACK H. SANDERS, defendant herein, did remain unlawfully in the home of Michael and Amanda Thoma after being asked to leave.

In violation of Title 18, United States Code, Section 13 (K.R.S. 511.060).

DAVID J. HALE
United States Attorney

BY: _____
NICHOLAS CAMPBELL
Special Assistant U.S. Attorney

JACK H. SANDERS

## PENALTIES

### COUNT 1

18 U.S.C. §13 (K.R.S. 508.080)

MINIMUM:

MAXIMUM: Fine of $500 and or 1 year confinement

SPECIAL ASSESSMENT FEE: $25

### COUNT 2

18 U.S.C. §13 (K.R.S. 511.060)

MINIMUM:

MAXIMUM: Fine of $500 and or 1 year confinement

SPECIAL ASSESSMENT FEE: $25